# ALABAMA COURT OF CRIMINAL APPEALS



January 2, 2026

**CR-2024-1033**
William N. Lucy v. State of Alabama (Appeal from Mobile Circuit Court: CV-23-902221)

## <u>NOTICE</u>

You are hereby notified that on January 2, 2026, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk